UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ZHOU MIN NI; and JIAN MING NI,
also known as JONATHAN NI,
also known as JIANMING NI,

        Defendants.

Case No.1:24-cv-01632

## DECLARATION OF YU HAN

I, Yu Han, hereby declare:

1. My name, office address, and telephone are as follows:

    Yu Han
    Morrison Foerster LLP
    250 West 55th Street
    New York, NY 10019
    Phone: (212) 468-4045

2. I have been admitted to the following courts and bars:

    - State Bar of New York (November 23, 2015) (Bar No.: 5392832)
    - U.S. Court of Appeals for the Second Circuit (February 9, 2018)
    - U.S. District Court for the Eastern District of New York (July 21, 2017)
    - U.S. District Court for the Southern District of New York (July 21, 2017)
    - U.S. District Court for the Northern District of New York (November 9, 2017) (inactive)

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership to this Court pending.

DATED this 7th day of June, 2024.

                                                  Respectfully submitted,

                                                  Yu Han
                                                  MORRISON FOERSTER LLP
                                                  250 West 55th Street

New York, NY 10019
Phone: (212) 468-4045
HHan@mofo.com