AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-01632-DLF |
| ZHOU MIN NI, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zhou Min Ni                                                                                                        .

Date:    06/12/2024

/s/ Haimavathi V. Marlier
*Attorney's signature*

Haimavathi V. Marlier (pro hac vice)
*Printed name and bar number*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019

*Address*

HMarlier@mofo.com
*E-mail address*

(212) 468-8000
*Telephone number*

(212) 468-7900
*FAX number*